| | |
|---|---|
| 1 | Bingham McCutchen LLP |
| | JAMES SEVERSON (SBN 67489) |
| 2 | JACQUELINE S. BRONSON (SBN 222169) |
| | Three Embarcadero Center |
| 3 | San Francisco, CA  94111-4067 |
| | Telephone:  (415) 393-2000 |
| 4 | Facsimile:  (415) 393-2286 |
| | E-Mail: james.severson@bingham.com |
| 5 | |
| | Attorneys for Defendants |
| 6 | T-MOBILE USA, INC., ANNA CARLSON, JEFF WILSON, AND TERRY HAYES |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL WELLS, | No. C 06-07225 TEH |
| Plaintiff, | |
| v. | **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE** |
| T-MOBILE USA, INC., ANNA CARLSON, JEFF WILSON, TERRY HAYES and DOES 1 through 20, inclusive, | |
| Defendants. | |

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their respective undersigned counsel, that the above-captioned action be and hereby is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).  Each of the parties shall bear its own fees, costs, and expenses.

**IT IS SO ORDERED.**

Dated: _____07/20/07_____

Hon. Thelton E. Henderson

1

2  **IT IS SO AGREED.**

3  DATED: ~~June~~ July 20, 2007

4                                          Bingham McCutchen LLP

5

6

7                                          By: _____
                                                James Severson
8                                               Attorneys for Defendants
                                            T-Mobile USA, Inc., Anna Carlson, Jeff
9                                              Wilson and Terry Hayes

10  DATED: June 29, 2007

11

12                                          LAW OFFICES OF DOUGLAS N.
                                            THOMASON
13

14

15                                          By: _____
                                                Douglas N. Thomason
16                                              Attorneys for Plaintiff
                                                    Earl Wells
17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

2